| | |
|---|---|
| 1 | PETER P. EDRINGTON, Esq. (074355) |
| 2 | OWEN T. ROONEY, Esq. (127830) |
|   | EDRINGTON, SCHIRMER & MURPHY |
| 3 | 2300 Contra Costa Boulevard, Suite 450 |
|   | Pleasant Hill, CA 94523-3936 |
| 4 | Telephone: (925) 827-3300 |
|   | Facsimile: (925) 827-3320 |

Attorneys for Defendants CITY OF PITTSBURG
AARON L. BAKER, G. LOMBARDI, C. SMITH, P. DUMPA,
WILLIAM BLAKE HATHCER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK JACKSON; A. JACKSON, a minor; B. JACKSON, a minor; SHAWNA YVETTE MARTIN, | ) ) ) ) ) | CASE NO.: C09-01016 WHA |
| Plaintiffs, | ) ) ) | **PETITION AND STIPULATION TO CONTINUE COMPLETION OF EARLY NEUTRAL EVALUATION; AND ORDER** |
| v. | ) | |
| CITY OF PITTSBURG; AARON L. BAKER; individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; G. LOMBARDI, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #275); C. SMITH, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #285); P. DUMPA, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #291); WILLIAM BLAKE HATCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #274); and DOES 1-100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

1

PETITION AND STIPULATION TO CONTINUE ENE

The parties, through their respective attorneys of record, petition the Court for a continuance of the deadline to complete the Early Neutral Evaluation.

This civil rights matter was referred to Early Neutral Evaluation on June 18, 2009 and evaluator Randolph Hall was appointed on July 2, 2009.

On May 14, 2009 defendants served written discovery on plaintiffs. Plaintiffs responded on June 29, 2009.

Plaintiffs' counsel advised that there are two witnesses to the subject incident whose versions are contrary to what is contained in the police report. If the versions of the two witnesses' are believable, this case may need to be evaluated in a different light. Before proceeding with the depositions, defendants tried to have these two witnesses interviewed by an investigator.

On August 3, 2009 plaintiff served written discovery on defendants.

The depositions of the two witnesses are scheduled for September 17, 2009.

The deposition of plaintiff Frederick Jackson is scheduled for September 21, 2009.

The parties have been diligently conducting discovery.

During the Early Neutral Evaluation telephone conference on August 13, 2009, these issues were brought to Mr. Hall's attention. Mr. Hall felt this discovery was pivotal to a proper evaluation of this case and thus, a continuance of the deadline to complete Early Neutral Evaluation was warranted.

The parties request a continuance to November 1, 2009 to complete the Early Neutral Evaluation.

DATED: August 21, 2009          EDRINGTON, SCHIRMER & MURPHY

By: _____
Owen T. Rooney
Attorney for Defendants CITY OF
PITTSBURG et al.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2009 | LAW OFFICES OF PANOS LAGOS |
| 2 | | |
| 3 | | _____ |
| 4 | | Panos Lagos, Esq.<br>Attorneys for Plaintiffs,<br>FREDERICK JACKSON, et al. |
| 5 | | |

IT IS SO ORDERED

Dated: August 21, 2009.

_____
UNITED STATES DISTRICT JUDGE



APPROVED
Judge William Alsup

3
PETITION AND STIPULATION TO CONTINUE ENE