PETER P. EDRINGTON, Esq. (074355)
OWEN T. ROONEY, ESQ. (127830)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG
AARON L.BAKER, G. LOMBARDI, C. SMITH, P. DUMPA,
WILLIAM BLAKE HATHCER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON; A. JACKSON, a minor; B. JACKSON, a minor; SHAWNA YVETTE MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER; individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; G. LOMBARDI, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #275); C. SMITH, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #285); P. DUMPA, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #291); WILLIAM BLAKE HATCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #274); and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-01016 WHA<br><br>[PROPOSED] **ORDER RE NON APPEARANCE AT ENE OF PITTSBURG'S CHIEF OF POLICE AARON BAKER** |

GOOD CAUSE APPEARING, IT IS SO ORDERED:

That defendant Chief of Police AARON BAKER is not required to attend the ENE Session scheduled for Thursday, October 29, 2009. Captain Nick Baker will attend on behalf of the Pittsburg Police Department. All four named defendant police officers will attend as well. Plaintiffs' attorney is in agreement.

DATED: 9-24-09

Wayne D. Brazil
United States District Judge