IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE JACKSON, a minor, BRIANA FREDRANIQUE ANNETTE JACKSON, a minor, and SHAWN YVETTE MARTIN,

    Plaintiffs,

  v.

CITY OF PITTSBURG, AARON L. BAKER, et al.,

    Defendants.
                           /

No. C 09-01016 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

The Court **SETS** a further meet-and-confer from **8:00–10:30 A.M. ON TUESDAY, JANUARY 19, 2010**, in the Court's jury room of the federal courthouse, located at 450 Golden Gate Avenue, in San Francisco, in response to plaintiffs' letter of January 13. A hearing will follow at **10:30 A.M.** in Courtroom 9. Defendants' response is due by 9:00 a.m. on January 15.

Please note only those lawyers who participate in the further meet-and-confer may argue at the discovery hearing.

**IT IS SO ORDERED.**

Dated: January 13, 2010.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE