IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE
JACKSON, a minor, BRIANA FREDRANIQUE
ANNETTE JACKSON, a minor, and SHAWN
YVETTE MARTIN,

    Plaintiffs,

  v.

CITY OF PITTSBURG, AARON L. BAKER, et al.,

    Defendants.

No. C 09-01016 WHA

**ORDER TO FILE STIPULATED PROPOSED ORDER**

In response to plaintiffs' discovery dispute letter of January 13, 2010, a hearing was held on January 19, 2010. At the hearing, the parties were ordered to submit by Thursday, January 21, 2010, a joint proposed order describing the undersigned's rulings from the bench. No such submission has been received. The parties are ordered to submit their joint proposed order on or before **NOON ON THURSDAY, JANUARY 28, 2010.**

    **IT IS SO ORDERED.**

Dated: January 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE