IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON, ASHLEY NICOLE JACKSON, a minor, BRIANA FREDRANIQUE ANNETTE JACKSON, a minor, and SHAWN YVETTE MARTIN,<br><br>     Plaintiffs,<br><br>  v.<br><br>CITY OF PITTSBURG, AARON L. BAKER, et al.,<br><br>     Defendants.<br>                                                                    / | No. C 09-01016 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE** |

Concerning defendants' discovery dispute, as outlined in their letter of May 4, 2010, counsel are **ORDERED** to attend a further meet-and-confer on **WEDNESDAY, MAY 12, 2010, FROM 11:00 A.M.–2:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. At 2:00 p.m. that same day, the Court shall hold a hearing to resolve any remaining issue(s). Please note that only those who personally attend the meet-and-confer in the Attorney's Lounge may be heard at the hearing. Plaintiffs' response is due by **NOON ON MONDAY, MAY 10**.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE