1  LAW OFFICES OF PANOS LAGOS
   Panos Lagos, Esq. / SBN 61821
2  5032 Woodminster Lane
   Oakland, CA 94602
3  (510)530-4078
   (510)530-4725/FAX
4  panoslagos@aol.com

5  Attorney for Plaintiffs,
   FREDERICK JACKSON; A. JACKSON, a Minor; B. JACKSON, a Minor; SHAWNA
6  YVETTE MARTIN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 FREDERICK JACKSON;                          )  Case No.: C 09-01016 WHA
   A. JACKSON, a Minor;                        )
11 B. JACKSON, a Minor;                        )
   SHAWNA YVETTE MARTIN,                       )  *STIPULATION AND ~~PROPOSED~~
12                                             )  ORDER TO CONTINUE MOTION
              Plaintiffs,                      )  TO FILE SECOND AMENDED
13                                             )  COMPLAINT
   v.                                          )
14                                             )
   CITY OF PITTSBURG; AARON L. BAKER,          )
15 individually and in his Official Capacity as )
   CHIEF OF POLICE OF THE CITY OF              )
16 PITTSBURG POLICE DEPARTMENT;                )
   G. LOMBARDI, individually and as an Officer of )
17 the CITY OF PITTSBURG POLICE                )
   DEPARTMENT (BADGE #275); C. SMITH,          )
18 individually and as an Officer of the CITY OF )
   PITTSBURG POLICE DEPARTMENT (BADGE          )
19 #285); P. DUMPA, individually and as an Officer of )
   the CITY OF PITTSBURG POLICE                )
20 DEPARTMENT (BADGE #291); WILLIAM            )
   BLAKE HATCHER, individually and as an Officer )
21 of the CITY OF PITTSBURG POLICE             )
   DEPARTMENT (BADGE #274); SARA SPIRES,       )
22 individually and as an Officer of the CITY OF )
   PITTSBURG POLICE DEPARTMENT; and            )
23 DOES 1 – 100, inclusive,                    )
                                               )
24            Defendants.                      )

25

26    IT IS HEREBY STIPULATED by and between Plaintiffs' attorney, Panos Lagos, Esq. of

27 the Law Offices of Panos Lagos and Defendants' attorney, Owen T. Rooney, Esq. of Edrington

28 Schirmer & Murphy, that Plaintiffs' Motion for Sanctions pursuant to FRCP 11(b) shall be heard

---

STIPULATION AND ~~PROPOSED~~ ORDER TO FILE SECOND AMENDED COMPLAINT                    - 1 -

C 09-01016 WHA

on July 8, 2010. The reasons for such request are as follows:

    1. The Court has advised that the Honorable William H. Alsup is unavailable on July 1, 2010 and that the next available hearing date is July 8, 2010.

It is further stipulated that this Stipulation may be executed in counterpart and the separate signatures treated as one document through incorporation by reference and that any facsimile signatures of counsel on the Stipulation may be treated as the original execution of the Stipulation by that counsel/party.

Dated: June 4, 2010

LAW OFFICES OF PANOS LAGOS

Panos Lagos, Esq.
Attorneys for Plaintiffs,
FREDERICK JACKSON; et al.

Dated: June 4, 2010

EDRINGTON, SCHIRMER & MURPHY

Owen T. Rooney, Esq.
Attorneys for Defendants,
CITY OF PITTSBURG; et al.

### ORDER

IT IS HEREBY ORDERED that the Motion to file Second Amended Complaint filed by Plaintiffs shall be heard on July 8, 2010 at 8:00 a.m. in Courtroom 9, 19th Floor.

Dated: June 14, 2010.



HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT COURT

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND ~~PROPOSED~~ ORDER TO FILE SECOND AMENDED COMPLAINT     - 2 -

C 09-01016 WHA