PETER P. EDRINGTON, Esq. (074355)
OWEN T. ROONEY, Esq. (127830)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON; A. JACKSON, a minor; B. JACKSON, a minor; SHAWNA YVETTE MARTIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER; individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; G. LOMBARDI, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #275); C. SMITH, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #285); P. DUMPA, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #291); WILLIAM BLAKE HATCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #274) SARA SPIRES, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO.:   C09-01016 WHA<br><br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION AND REPLY TO RULE 11 MOTION AND [PROPOSED] ORDER**<br><br>**Trial:  7/12/10** |

1

STIPULATION EXTEND DEADLINE

1  The parties, through their respective attorneys of record, stipulate that
2  defendants' have until June 24, 2010 to file an opposition to plaintiffs' Motion for
3  Rule 11 Sanctions and that plaintiffs' reply brief shall be filed by June 30, 2010. The
4  basis for this stipulation is that plaintiffs' counsel proposed to drop the present Rule
5  11 Motion for Sanctions and did not notify defendants until June 16, 2010 that they
6  would not do so.

7  DATED: June 17, 2010               EDRINGTON, SCHIRMER & MURPHY

9                                     By: _____
10                                     Owen T. Rooney
                                       Attorney for Defendants CITY OF
                                       PITTSBURG et al.

13  Dated: June 17, 2010               LAW OFFICES OF PANOS LAGOS

15                                     _____
                                       Panos Lagos, Esq.
                                       Attorneys for Plaintiffs,
16                                     FREDERICK JACKSON, et al.

18                      IT IS SO ORDERED

20  Dated: June 21, 2010               WILLIAM ALSUP
21                                     _____
                                       UNITED STATES DISTRICT JUDGE