LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
FREDERICK JACKSON; A. JACKSON, a Minor; B. JACKSON, a Minor; SHAWNA YVETTE MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON;<br>A. JACKSON, a Minor;<br>B. JACKSON, a Minor;<br>SHAWNA YVETTE MARTIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; G. LOMBARDI, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #275); C. SMITH, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #285); P. DUMPA, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #291); WILLIAM BLAKE HATCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #274); SARA SPIRES, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT; and DOES 1 – 100, inclusive,<br><br>　　　　Defendants. | Case No.: C 09-01016 WHA<br><br>EX-PARTE REQUEST AND ORDER THEREON PERMITTING THE INTRODUCTION OF EQUIPMENT INTO DEPT. 9<br><br>Trial Date: July 12, 2010<br><br>Time: 7:30 a.m.<br><br>Location: U.S. District Court<br>　　　　450 Golden Gate Avenue<br>　　　　19th Floor<br>　　　　San Francisco, CA 94102<br><br>Dept.: 9<br><br>Hon. William H. Alsup |

EX-PARTE REQUEST TO PERMIT EQUIPMENT INTO DEPT. 19                                          - 1 -

C 09-01016 WHA

**REQUEST**

Plaintiffs hereby submit and request this Court's order permitting the introduction of a projector and "Elmo" – equipment intended to exhibit evidence to the Jury in the trial of the above-captioned matter set for July 12, 2010 at 7:30 a.m. in Department 9.

Dated: July ___, 2010

LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorney for Plaintiffs,
FREDERICK JACKSON, et al.

**ORDER**

Having considered Plaintiffs' request and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' may introduce a projector and "Elmo" – equipment intended to exhibit evidence to the Jury in the trial of the above-captioned matter – and that said equipment may be installed/delivered to Dept. 19 at any time following the execution of this Order.

Dated: July 6, 2010.



_____
HON. WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup