IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE
JACKSON, a minor, BRIANA FREDRANIQUE
ANNETTE JACKSON, a minor, and SHAWN
YVETTE MARTIN,

    Plaintiffs,

  v.

CITY OF PITTSBURG, AARON L. BAKER,
individually and in his official capacity as Chief of
Police of the City of Pittsburg Police Department,
G. LOMBARDI, individually and as an officer of the
City of Pittsburg Police Department (Badge # 275),
C. SMITH, individually and as an officer of the
City of Pittsburg Police Department (Badge # 285),
P. DUMPA, individually and as an officer of the
City of Pittsburg Police Department (Bade # 291),
WILLIAM BLAKE HATCHER, individually and as
an officer of the City of Pittsburg Police Department
(Badge # 274), and DOES 1–100, inclusive,

    Defendants.
                                                      /

No. C 09-01016 WHA

**ORDER RE FINAL
PRETRIAL
CONFERENCE**

       Did defense filed an excessive number of motions in limine? The Court's guidelines advise that usually no more than four or five motions in limine need to be resolved prior to the opening statements and the balance can be resolved as the trial proceeds. This is because in actual trial practice, many supposed motions in limine fall away as unnecessary given the way the case is actually tried. Therefore, prior to tomorrow's final pretrial conference, defendants must

select six of their motions in limine to be heard at the final pretrial conference with the remainder to be presented and decided as the trial progresses.

**IT IS SO ORDERED.**

Dated: July 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE