IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON, ASHLEY NICOLE JACKSON, a minor, BRIANA FREDRANIQUE ANNETTE JACKSON, a minor, and SHAWN YVETTE MARTIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PITTSBURG, AARON L. BAKER, individually and in his official capacity as Chief of Police of the City of Pittsburg Police Department, G. LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), C. SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), P. DUMPA, individually and as an officer of the City of Pittsburg Police Department (Badge # 291), WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274), and DOES 1–100, inclusive, <br><br> Defendants. <br> / | No. C 09-01016 WHA <br><br><br> **ORDER DENYING CONTINUANCE** |

For the reasons stated on the record during the July 9 telephone conference, plaintiffs' motion for a continuance of the trial is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE