PETER P. EDRINGTON, Esq. (074355)
OWEN T. ROONEY, ESQ. (127830)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG
AARON L.BAKER, G. LOMBARDI, C. SMITH, S. DUMPA,
WILLIAM BLAKE HATCHER and S. SPIRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON; A. JACKSON, a
minor; B. JACKSON, a minor; SHAWNA
YVETTE MARTIN,

    Plaintiffs,

    v.

CITY OF PITTSBURG; AARON L.
BAKER; individually and in his
Official Capacity as CHIEF OF POLICE OF
THE CITY OF PITTSBURG POLICE
DEPARTMENT; G. LOMBARDI,
individually and as an Officer of the CITY
OF PITTSBURG POLICE DEPARTMENT
(BADGE #275); C. SMITH, individually
and as an Officer of the CITY OF
PITTSBURG POLICE DEPARTMENT
(BADGE #285); P. DUMPA, individually
and as an Officer of the CITY OF
PITTSBURG POLICE DEPARTMENT
(BADGE #291); WILLIAM BLAKE
HATCHER, individually and as an Officer
of the CITY OF PITTSBURG POLICE
DEPARTMENT (BADGE #274) SARA
SPIRES,
individually and as an Officer of the CITY
OF PITTSBURG POLICE DEPARTMENT;
and DOES 1-100, inclusive,

    Defendants.

CASE NO.:   C09-01016 WHA

**ORDER RE: ALLOWING A
TASER AND KNIVES INTO THE
COURTHOUSE**

**Trial Date:  7/12/10**

1

1    Defendants have listed on their Exhibit List a Taser and the knives that the

2    Pittsburg Police Dept. confiscated on the evening in question.  Defendants request

3    permission to allow the United States Marshall to allow a Taser and the subject knives

4    into the Court house to be used as exhibits during the course of trial.

5

6                            IT IS SO ORDERED

7

8    Dated: _____July 12, 2010._____

9                                                    Honorable William
                                                     United St

10

11                                                   Judge William Alsup

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: TASER AND KNIVES