1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   FREDERICK JACKSON, ASHLEY NICOLE
     JACKSON, a minor, BRIANA FREDRANIQUE
12   ANNETTE JACKSON, a minor, and SHAWNA
     YVETTE MARTIN,
13                                                      No. C 09-01016 WHA
                 Plaintiffs,
14
         v.
15
     CITY OF PITTSBURG, AARON L. BAKER,
16   individually and in his official capacity as Chief of
     Police of the City of Pittsburg Police Department,
17   G. LOMBARDI, individually and as an officer of the
     City of Pittsburg Police Department (Badge # 275),
18   C. SMITH, individually and as an officer of the
     City of Pittsburg Police Department (Badge # 285),
19   P. DUMPA, individually and as an officer of the
     City of Pittsburg Police Department (Badge # 291),
20   WILLIAM BLAKE HATCHER, individually and as
     an officer of the City of Pittsburg Police Department
21   (Badge # 274), and DOES 1–100, inclusive,

22               Defendants.
     _____/
23

24                  **PROPOSED VERDICT FORM**

25

26

27

28

United States District Court
For the Northern District of California

YOUR ANSWERS MUST BE UNANIMOUS.

1.    Frederick Jackson

A.    Has plaintiff Frederick Jackson proven that any of the following officers used excessive force against him on March 30, 2008, in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

B.    If so, state the amount of any damages proven:_____

2.    Ashley Jackson

A.    Has plaintiff Ashley Jackson proven that Officer Lombardi used excessive force against her on March 30, 2008, in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
|  | _____ | _____ |

B.    If so, state the amount of any damages proven:_____

3.    Shawna Martin

A.    Has plaintiff Shawna Martin proven that Officer Spires used excessive force against her on March 30, 2008, in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
|  | _____ | _____ |

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

B.      If so, state the amount of any damages proven?_____

4.      Briana Jackson

A.      Has plaintiff Briana Jackson proven her claim of negligent infliction of emotional distress as to any of the following defendants?

|                    | Yes            | No             |
| ------------------ | -------------- | -------------- |
| Officer Lombardi   | _____    | _____   |
| Officer Smith      | _____    | _____   |
| Officer Dumpa      | _____    | _____   |

B.      If so, state the amount of any damages proven:_____

5.      If you have answered yes to any of Questions 1–3, state whether plaintiffs have proven by clear and convincing evidence that punitive damages should be awarded against any officer you find violated any Fourth Amendment rights:

|                    | Yes            | No             |
| ------------------ | -------------- | -------------- |
| Officer Lombardi   | _____    | _____   |
| Officer Smith      | _____    | _____   |
| Officer Dumpa      | _____    | _____   |
| Officer Spires     | _____    | _____   |

If you answer "yes" as to Question 5, then there will be a short supplemental proceeding immediately after your verdict.  The purpose of the short supplemental proceeding would be to allow you to fix the amount.

**CONCLUSION**

ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM.  THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: July _____, 2010.                              _____

                                                                              Foreperson