IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON, ASHLEY NICOLE JACKSON, and BRIANA FREDRANIQUE ANNETTE JACKSON,<br><br>    Plaintiffs,<br><br>  v.<br><br>G. LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), C. SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), P. DUMPA, individually and as an officer of the City of Pittsburg Police Department (Bade # 291), WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274),<br><br>    Defendants. | No. C 09-01016 WHA<br><br>**ORDER GRANTING RULE 50 MOTION IN PART** |

All claims by plaintiff Shawna Martin and/or against Officer Spires are **DISMISSED** under Rule 50 for insufficient evidence. The identification evidence is too weak or nonexistent and the exceedingly minor bruise was too minor to rise to the level of a constitutional violation.

**IT IS SO ORDERED.**

Dated: July 21, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE