United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE JACKSON, and BRIANA FREDRANIQUE ANNETTE JACKSON,

    Plaintiffs,

v.

G. LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), C. SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), P. DUMPA, individually and as an officer of the City of Pittsburg Police Department (Bade # 291), and WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274),

    Defendants.

    No. C 09-01016 WHA

**SPECIAL VERDICT FORM**

1. **FREDERICK JACKSON**:

    A.    With respect to the tasing, has plaintiff Frederick Jackson proven that any of the following officers used excessive force against him in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

    B.    With respect to the alleged slamming against the vehicle, has plaintiff Frederick Jackson proven that any of the following officers used excessive force against him in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
| Officer Hatcher | _____ | _____ |
| Officer Smith | _____ | _____ |

    C.    With respect to his arrest, has plaintiff Frederick Jackson proven that any of the following officers arrested him without probable cause in violation of the Fourth Amendment?

|  | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

     D.     With respect to the tasing, has plaintiff Frederick Jackson proven that any of the following officers tased him in retaliation for using speech protected by the First Amendment?

|  | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

     E.     With respect to the alleged slamming against the vehicle, has plaintiff Frederick Jackson proven that any of the following officers slammed him against a vehicle in retaliation for using speech protected by the First Amendment?

|  | Yes | No |
|---|---|---|
| Officer Hatcher | _____ | _____ |
| Officer Smith | _____ | _____ |

     F.     With respect to his arrest, has plaintiff Frederick Jackson proven that any of the following officers arrested him in retaliation for using speech protected by the First Amendment?

|  | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

     G.     If you have answered "yes" to any of the foregoing questions, state the amount of damages proven for each category of alleged conduct for which you have answered "yes." The total damages award, if any, must be apportioned by you into the three categories shown, *i.e.*, the three categories must add up to

the total (if any).  (If no damages have been proven but you nonetheless have found a constitutional violation, you may award nominal damages up to one dollar.)

     Tasing     $_____

     Slamming   $_____

     Arrest     $_____

     Total     $_____

2. **ASHLEY JACKSON**:

 A. Has plaintiff Ashley Jackson proven that Officer Lombardi used excessive force against her on March 30, 2008, in violation of the Fourth Amendment?

   Yes _____    No _____

 B. If so, state the amount of any damages proven (or indicate up to one dollar in nominal damages):

     $_____

3. **BRIANA JACKSON**:

 A. Has plaintiff Briana Jackson proven her claim of negligent infliction of emotional distress as to any of the following defendants?

      Yes     No

4

|   |   |   |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |

  B. If so, state the amount of any damages proven:

  $_____

4. If you have answered "yes" to any of Questions 1 and 2, state whether plaintiffs have proven by clear and convincing evidence that punitive damages should be awarded against any officer you find violated any Fourth Amendment rights:

|   | Yes | No |
|---|---|---|
| Officer Lombardi | _____ | _____ |
| Officer Smith | _____ | _____ |
| Officer Dumpa | _____ | _____ |
| Officer Hatcher | _____ | _____ |

If you answer "yes" as to this question, then there will be a short supplemental proceeding immediately after your verdict. The purpose of the short supplemental proceeding would be to allow you to fix the amount of any punitive damages.

ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM. THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: July ___, 2010.                          _____
                                                                         FOREPERSON