IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE JACKSON, and BRIANA FREDRANIQUE ANNETTE JACKSON,

    Plaintiffs,

v.

G. LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), C. SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), P. DUMPA, individually and as an officer of the City of Pittsburg Police Department (Badge # 291), WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274),

    Defendants.

No. C 09-01016 WHA

**JUDGMENT**

    Based on the jury verdict in this case, judgment is entered in favor of plaintiff Frederick Jackson and jointly and severally in the amount of $250,000.00 against Officer C. Smith, Officer P. Dumpa, and Officer G. Lombardi. Additionally, further judgment is entered in favor of plaintiff Frederick Jackson and without joint and several liability against Officer C. Smith in the amount of $6,500.00, Officer P. Dumpa in the amount of $2,500.00, and Officer G. Lombardi in

the amount of $7,500.00.  Judgment is otherwise entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated:   July 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE