1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    FREDERICK JACKSON, ASHLEY NICOLE
     JACKSON, and BRIANA FREDRANIQUE
10   ANNETTE JACKSON,

11              Plaintiffs,                          No. C 09-01016 WHA

12        v.

13   G. LOMBARDI, individually and as an officer of
     the City of Pittsburg Police Department (Badge
14   # 275), C. SMITH, individually and as an officer    **ORDER MODIFYING**
     of the City of Pittsburg Police Department (Badge #  **BRIEFING SCHEDULE**
15   285), P. DUMPA, individually and as an officer of   **RE MOTIONS FOR**
     the City of Pittsburg Police Department (Badge #    **ATTORNEY'S FEES**
16   291), WILLIAM BLAKE HATCHER, individually
     and as an officer of the City of Pittsburg Police
17   Department (Badge # 274),

18              Defendants.
                                                    /
19   ────────────────────────────────

20        The parties have stipulated to request an order postponing the briefing schedule for

21   motions for attorney's fees in this matter until after the parties' post-trial motions have been ruled

22   upon.  The request is **GRANTED**.  The briefing schedule for motions for attorney's fees is hereby

23   modified as follows.  No later than **SEVEN DAYS** after the order deciding the Rule 50 motions,

24   each side may submit a single motion for attorney's fees of no more than 25 pages.  These

25   motions should be limited to the issue of entitlement to attorney's fees, not the amount of fees

26   sought, and should address the entire case.  The motions for entitlement to attorney's fees shall be

27   heard on a normal 35-day calendar.  If it is subsequently determined that any side is entitled to

28

**United States District Court**
For the Northern District of California

attorney's fees, a schedule shall be set for further briefing regarding the amount of fees due.  This order does not modify any other deadlines.

**IT IS SO ORDERED.**

Dated:   August 3, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California