LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
FREDERICK JACKSON; A. JACKSON, a Minor; B. JACKSON, a Minor; SHAWNA YVETTE MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON;<br>A. JACKSON, a Minor;<br>B. JACKSON, a Minor;<br>SHAWNA YVETTE MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG; AARON L. BAKER, individually and in his Official Capacity as CHIEF OF POLICE OF THE CITY OF PITTSBURG POLICE DEPARTMENT; G. LOMBARDI, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #275); C. SMITH, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #285); P. DUMPA, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #291); WILLIAM BLAKE HATCHER, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT (BADGE #274); SARA SPIRES, individually and as an Officer of the CITY OF PITTSBURG POLICE DEPARTMENT; and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.: C 09-01016 WHA<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING JUDGMENT TO REFLECT FULL AND ACCURATE NAMES OF THE DEFENDANTS<br><br>Hon. William H. Alsup<br><br>Courtroom: 9, 19th Floor |

TO THE HONORABLE COURT:

///

///

STIPULATION AMENDING JUDGMENT

C 09-01016 WHA

- 1 -

IT IS HEREBY STIPULATED by and between Plaintiff Frederick Jackson and Defendants, G. Lombardi, C. Smith, and P. Dumpa, through their respective counsel of record that the Judgment entered on July 23, 2010 be amended to reflect the full and correct names of each Defendant as follows: Gerald Vincent Lombardi, Cory Lee Smith and Sankara Reddy Dumpa.

Dated: August 6, 2010

Respectfully submitted,

LAW OFFICES OF PANOS LAGOS

Panos Lagos, Esq.
Attorney for Plaintiffs,
FREDERICK JACKSON; et al.

Dated: August 6, 2010

EDRINGTON, SCHIRMER & MURPHY

Owen T. Rooney, Esq.
Attorneys for Defendants,
CITY OF PITTSBURG, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

The July 23, 2010 Judgment is amended to include the full names of the Defendants found liable to the Plaintiff, Frederick Jackson.

Dated: August 10, 2010.

HON. WILLIAM H. ALSUP
MAGISTRATE
U.S. DISTRICT             N DISTRICT

IT IS SO ORDERED
Judge William Alsup