IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE JACKSON, and BRIANA FREDRANIQUE ANNETTE JACKSON,

    Plaintiffs,

    v.

G. LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), C. SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), P. DUMPA, individually and as an officer of the City of Pittsburg Police Department (Badge # 291), WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274),

    Defendants.

No. C 09-01016 WHA

**AMENDED JUDGMENT**

    Based on the jury verdict in this case, judgment is entered in favor of plaintiff Frederick Jackson and jointly and severally in the amount of $250,000.00 against Officer Cory Lee Smith, Officer Sankara Reddy Dumpa, and Officer Gerald Vincent Lombardi. Additionally, further judgment is entered in favor of plaintiff Frederick Jackson and without joint and several liability against Officer Cory Lee Smith in the amount of $6,500.00, Officer Sankara Reddy Dumpa in the

amount of $2,500.00, and Officer Gerald Vincent Lombardi in the amount of $7,500.00. Judgment is otherwise entered in favor of defendants and against plaintiffs. This amended judgment does not change the deadline of August 20, 2010, for the parties' post-trial motions.

**IT IS SO ORDERED.**

Dated: August 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE