IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE
JACKSON, and BRIANA FREDRANIQUE
ANNETTE JACKSON,

    Plaintiffs,

  v.

GERALD VINCENT LOMBARDI, individually
and as an officer of the City of Pittsburg Police
Department (Badge # 275), CORY LEE SMITH,
individually and as an officer of the City of
Pittsburg Police Department (Badge # 285),
SANKARA REDDY DUMPA, individually and as
an officer of the City of Pittsburg Police
Department (Badge # 291), WILLIAM BLAKE
HATCHER, individually and as an officer of the
City of Pittsburg Police Department (Badge # 274),

    Defendants.

No. C 09-01016 WHA

**ORDER REGARDING
DISPUTE OVER BILL
OF COSTS**

    The parties have submitted bills of costs and objections to the costs submitted by the other side. Given the separate entry of amended judgment concurrent with this order, both sides are the prevailing parties so as to claim costs. The practical thing to do is for both sides to agree that the costs to which they are entitled cancel each other out so no one will receive any costs, subject to restoring the status quo ante if the court of appeals disturbs the judgment. The parties shall please submit a statement indicating whether they agree to this by **NOON ON SEPTEMBER 30, 2010**.

    **IT IS SO ORDERED.**

Dated: September 28, 2010.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE