United States District Court

For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   FREDERICK JACKSON, ASHLEY NICOLE
    JACKSON, and BRIANA FREDRANIQUE
10  ANNETTE JACKSON,

11              Plaintiffs,                          No. C 09-01016 WHA

12       v.

13  GERALD VINCENT LOMBARDI, individually
    and as an officer of the City of Pittsburg Police
14  Department (Badge # 275), CORY LEE SMITH,       **ORDER REGARDING**
    individually and as an officer of the City of    **DEFENDANTS' MOTION**
15  Pittsburg Police Department (Badge # 285),       **FOR ATTORNEY'S FEES**
    SANKARA REDDY DUMPA, individually and as
16  an officer of the City of Pittsburg Police
    Department (Badge # 291), WILLIAM BLAKE
17  HATCHER, individually and as an officer of the
    City of Pittsburg Police Department (Badge # 274),
18

19              Defendants.
    _____/
20

21          Defendants have timely filed a motion for attorney's fees after amended judgment.  The

22  Court is convinced that the evidence is not frivolous as to the claims of Frederick, Ashley, and

23  Briana Jackson.  The only exception could be Shawna Martin.  Plaintiffs should therefore limit

24  the opposition that they will presumably file to addressing whether the claims brought by Shawna

25  Martin were frivolous such that awarding attorneys' fees to defendants would be justified as to

26  her claims.

27          **IT IS SO ORDERED.**

28

    Dated:  October 6, 2010.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE