IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE JACKSON, and BRIANA FREDRANIQUE ANNETTE JACKSON,

    Plaintiffs,

  v.

GERALD VINCENT LOMBARDI, individually and as an officer of the City of Pittsburg Police Department (Badge # 275), CORY LEE SMITH, individually and as an officer of the City of Pittsburg Police Department (Badge # 285), SANKARA REDDY DUMPA, individually and as an officer of the City of Pittsburg Police Department (Badge # 291), WILLIAM BLAKE HATCHER, individually and as an officer of the City of Pittsburg Police Department (Badge # 274),

    Defendants.

    /

No. C 09-01016 WHA

**ORDER DENYING DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT**

Defendants have filed a motion styled as a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). This motion is **DENIED**. It is basically a repeat of the earlier renewed motion for judgment as a matter of law. Again, any problem with the special verdict form should have been raised by counsel prior to the jury verdict, not afterward. The hearing noticed for December 9, 2010, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 26, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE