1  LAW OFFICES OF PANOS LAGOS
   Panos Lagos, Esq. / SBN 61821
2  5032 Woodminster Lane
   Oakland, CA  94602
3  (510)530-4078
   (510)530-4725/FAX
4  panoslagos@aol.com

5  Attorney for Plaintiffs,
   FREDERICK JACKSON, ASHLEY NICOLE JACKSON,
6  BRIANA FREDRANIQUE ANNETTE JACKSON, and SHAWNA YVETTE MARTIN

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 FREDERICK JACKSON, ASHLEY NICOLE        )  Case No.: C 09-01016 WHA
   JACKSON, and BRIANA FREDRANIQUE         )
11 ANNETTE JACKSON,                        )  _____
                                           )
12               Plaintiffs,               )  STIPULATION AND ~~PROPOSED~~
                                           )  ORDER TO CONTINUE
13 v.                                      )  NOVEMBER 15, 2010 DEADLINE
                                           )  TO SUBMIT ATTORNEYS FEES
14 GERALD VINCENT LOMBARDI, individually   )  DOCUMENTATION [LOCAL
   and as an officer of the City of Pittsburg Police )  RULE 6-3]
15 Department (Badge # 275), CORY LEE SMITH, )
   individually and as an officer of the City of )
16 Pittsburg Police Department (Badge # 285), )
   SANKARA REDDY DUMPA, individually and as )
17 an officer of the City of Pittsburg Police )
   Department (Badge # 291), WILLIAM BLAKE  )
18 HATCHER, individually and as an officer of the )
   City of Pittsburg Police Department (Badge # 274), )
19                                         )
                 Defendants.               )
20 _____ )

21         IT IS HEREBY STIPULATED by and between Plaintiffs' attorney, Panos Lagos, Esq. of

22 the Law Offices of Panos Lagos and Defendants' attorney, Owen T. Rooney, Esq. of Edrington,

23 Schirmer & Murphy, that the November 15, 2010 deadline to submit attorneys fees

24 documentation pursuant to this Court's November 5, 2010 Order be extended to and including

25 November 29, 2010 at Noon.  The reasons for such extension are as follows:

26     1.  Plaintiffs' attorney, Panos Lagos, has been without his secretary, Alicia Wilson, from

27         November 5, 2010 to the present apparently due to a severe cold or flu.  At Mr.

28         Lagos' insistence, she has prepared this Stipulation.  Mr. Lagos is totally reliant upon

1   Ms. Wilson for the practical aspects of complying with and navigating through this

2   Court's electronic filing system and word processing of pleadings, does not know

3   how to do any of that himself, has no other support staff, and is, therefore, unable to

4   meet the Court's November 15, 2010 deadline.

5   2. Appended hereto as Exhibit A is a true and correct copy of Mr. Lagos' secretary's e-

6   mail message dated November 9, 2010 confirming her debilitating but, hopefully,

7   temporary illness as well as her effort to meet the November 15, 2010 deadline by, at

8   my insistence, transcribing dictation from home on November 8, 2010.

9   3. Mr. Lagos is further unable to meet the Court's November 15, 2010 deadline since he

10   and the other attorneys who have worked on this case have been diligent, albeit not

11   yet successful, in meeting the Court's portion of the November 5, 2010 Order

12   requesting that we delete time related to the unsuccessful Plaintiffs.

13   4. In addition, one of the attorneys who will be submitting her time to this Court has

14   been assigned a courtroom for a jury trial in Alameda County expected to go through

15   December 6, 2010.

16   It is further stipulated that this Stipulation may be executed in counterpart and the

17   separate signature treated as one document through incorporation by reference and that any

18   facsimile signatures of counsel on the Stipulation may be treated as the origiaanal execution of

19   the Stipulation by that counsel/party.

20

21   Dated: November ___, 2010

22                                                          Panos Lagos, Esq.
                                                           Attorney for Plaintiffs,
23                                                          FREDERICK JACKSON, et al.

24   Dated: November _____, 2010                           EDRINGTON, SCHIRMER & MURPHY

25

26

27                                                          Owen T. Rooney, Esq.
                                                           Attorneys for Defendants,
28                                                          CITY OF PITTSBURG; et al.

1

## <u>ORDER</u>

2          IT IS HEREBY ORDERED that the November 15, 2010 deadline earlier-ordered by this

3    Court be and hereby is extended to and including November 29, 2010 at Noon.

4

5    Dated:   November 10, 2010.
                                        _____
6                                       HON. WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME          - 3 -
C 09-01016 WHA