**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, ASHLEY NICOLE
JACKSON, and BRIANA FREDRANIQUE
ANNETTE JACKSON,

    Plaintiffs,         No. C 09-01016 WHA

  v.

GERALD VINCENT LOMBARDI, individually
and as an officer of the City of Pittsburg Police
Department (Badge # 275), CORY LEE SMITH,
individually and as an officer of the City of
Pittsburg Police Department (Badge # 285),
SANKARA REDDY DUMPA, individually and as
an officer of the City of Pittsburg Police
Department (Badge # 291), WILLIAM BLAKE
HATCHER, individually and as an officer of the
City of Pittsburg Police Department (Badge # 274),

    Defendants.

**ORDER REGARDING
ATTORNEY'S FEES
LETTER OF DEFENSE
COUNSEL**

_____/

    In light of the large amount of fees being requested by Mr. Lagos, he shall answer in detail

the questions posed in the letter of Mr. Lepper dated December 3 (but filed on December 6) by

**MONDAY, DECEMBER 13, 2010, AT NOON.**  This shall be by declaration under oath.

    Defendants' deadline to oppose the amount of fees requested in plaintiff's submissions is

accordingly extended to **DECEMBER 27, 2010, AT NOON**.

    **IT IS SO ORDERED.**

Dated:  December 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE