**United States District Court**
For the Northern District of California

1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10      FREDERICK JACKSON *et al.*,                    No. C 09-01016 WHA

11                   Plaintiffs,

12          v.

13      CITY OF PITTSBURG, *et al.*,                   **ORDER REGARDING PLAINTIFF'S**
                                                       **COUNSEL'S RESPONSE TO ORDER**
14                   Defendants.                       **REGARDING STATE COURT FILING**
        _____/

15

16          The Court has reviewed Attorney Lagos's response to the order dated January 7, 2011

17      (Dkt. No. 293). Although language of the type quoted appeared in the decisions referenced, the

18      actual rate of the applying attorney was made known to the district judge in most cases, and in

19      no case was it concealed as far as the Court can tell. This Court is of the firm view that Mr.

20      Lagos should have revealed his actual billing rate and then explained why he felt he was

21      entitled to a higher rate. Exactly how this will factor into the award of attorney's fees will be

22      left for a future day, and whether this matter will be referred to the State Bar of California will

23      be left for a future day. In the meantime, counsel shall proceed with their meet-and-confer

24      sessions as outlined in the order regarding attorney's fees dispute (Dkt. No. 292). The

25      submissions required therein shall now be due on **FEBRUARY 3, 2011, AT NOON**. Please do not

26      ask for extensions.

27          **IT IS SO ORDERED.**

28
        Dated: January 20, 2011.                       _____
                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE