IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON, *et al.*,

Plaintiffs,

v.

CITY OF PITTSBURG, *et al.*,

Defendants.

No. C 09-01016 WHA

**ORDER REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION OF SPECIAL MASTER**

The special master has now filed her report and recommendation regarding attorney's fees. Pursuant to FRCP 53(f), any objections to the report or motions to modify or adopt it shall please be filed by **NOON ON APRIL 6, 2011**.

**IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE