IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON, *et al.*, | No. C 09-01016 WHA |
| Plaintiffs, | |
| v. | **ORDER REGARDING THE PARTIES' CHALLENGES TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION** |
| CITY OF PITTSBURG, *et al.*, | |
| Defendants. | |

Both sides have filed submissions challenging the special master's report and recommendation regarding attorney's fees. Defense counsel filed "objections," and plaintiff's counsel filed a "motion to modify" the report. For sake of efficiency in resolving the parties' challenges to the report and recommendation, both sides' submissions will be treated as objections, to be resolved without a hearing. Accordingly, the hearing plaintiff's counsel noticed for its motion to modify on May 12 is **VACATED**. The objections by both sides will be considered and addressed by a written order in due course.

**IT IS SO ORDERED.**

Dated: April 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE