1
2
3
4
5
6                           IN THE UNITED STATES DISTRICT COURT

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10    FREDERICK JACKSON, ASHLEY NICOLE
      JACKSON, and BRIANA FREDRANIQUE
11    ANNETTE JACKSON,

12                  Plaintiffs,                        No. C 09-01016 WHA

13          v.

14    GERALD VINCENT LOMBARDI, individually
      and as an officer of the City of Pittsburg Police
15    Department (Badge # 275), CORY LEE SMITH,        **ORDER SETTING**
      individually and as an officer of the City of    **BRIEFING SCHEDULE**
16    Pittsburg Police Department (Badge # 285),        **FOLLOWING REMAND**
      SANKARA REDDY DUMPA, individually and
17    as an officer of the City of Pittsburg Police
      Department (Badge # 291), WILLIAM BLAKE
18    HATCHER, individually and as an officer of the
      City of Pittsburg Police Department (Badge #
19    274),

20                  Defendants.
21    _____/

22          This action has been remanded by our court of appeals to determine "whether or not to

23    award costs to Jackson as the prevailing party."  Plaintiff has previously filed a bill of costs (Dkt.

24    No. 216).  Defendants have filed an opposition to certain items in the bill of costs, to which

25    plaintiff has filed a reply (Dkt. Nos. 227 and 240).

26          Plaintiff may file a brief in support of an award of costs by **MAY 6**.  Defendants'

27    opposition or statement of non-opposition thereto is due by **MAY 20**.  Plaintiff's reply, if any, is

28    due by **MAY 27**.  As the parties have fully briefed whether specific items in the bill of costs are

      properly taxable, the parties' briefs should not rehash these arguments and should instead focus

United States District Court

For the Northern District of California

on whether the Court, in its discretion, should award costs to Jackson as the prevailing party.  No

hearing date will be set at this time.

**IT IS SO ORDERED.**

Dated:  April 17, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE