IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDERICK JACKSON *et al.*,

    Plaintiffs,

  v.

CITY OF PITTSBURG, *et al.*,

    Defendants.

No. C 09-01016 WHA

**ORDER REGARDING BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES ON APPEAL**

On April 16, 2013, our court of appeals issued an order transferring to this Court the consideration of plaintiff's motion for attorney's fees on appeal (Dkt. No. 339). Counsel for plaintiff has filed a letter stating that the motion has already been fully briefed and requesting that all briefing and related documents submitted to the court of appeals on this motion be refiled herein for consideration by this Court. Plaintiff's counsel represents that opposing counsel joins in this request. No opposition has been received from defendants.

Accordingly, the request is **GRANTED**. Plaintiff shall electronically file the briefs and supporting documents related to plaintiff's motion for attorney's fees on appeal. No further briefing on the motion should be filed, with the exception of any after-acquired material facts relevant to the motion or statements of recent decision pursuant to Local Rule 7-3(d). Of course, defendant may file objections to the extent that plaintiff's refiling of the documents herein is incomplete or incorrect.

**IT IS SO ORDERED.**

Dated: May 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE